No. 94–8935.  CARRILLO ET AL. *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 94–8939.  JEROME *v.* BIDDERS INC., DBA SATELLITE MOTEL.  C. A. 11th Cir.  Certiorari denied.

No. 94–8941.  ALEXANDER *v.* JOHNSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–8948.  ORIAKHI *v.* WEST ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–8953.  WOODALL *v.* HILL, SHERIFF, SEDGWICK COUNTY, KANSAS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–8954.  VOHRA *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 94–8958.  SCHWARZ *v.* INTERPOL ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–8959.  SCHWARZ *v.* CHURCH OF SCIENTOLOGY INTERNATIONAL ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–8962.  STUART *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 94–8964.  PAGE *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 94–8968.  WEINSTEIN *v.* WEINSTEIN.  Sup. Ct. N. J.  Certiorari denied.

No. 94–8970.  CALHOUN *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 94–8971.  HOMO *v.* TOWN OF HENNIKER.  Sup. Ct. N. H.  Certiorari denied.

No. 94–8973.  THINH VAN CAO *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.